UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GEORGE-JASON A. HELM,<br><br>                                Plaintiff,<br>     v.<br><br>MICHAEL HUGHES, et al.,<br><br>                               Defendants. | No. C09-5381 RJB/KLS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

This matter comes before the Court on the Report and Recommendation of Magistrate Judge Karen L. Strombom. Dkt. 24. The Court has reviewed the Report and Recommendation, objections to the Report and Recommendation, if any, and the remaining record.

The Report and Recommendation analyzed the Defendants' Fed. R. Civ. P. 12 (c) Motion to Dismiss with the standard used prior to the Supreme Court's holding in *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 555 (2007). Reviewed under the standard announced in *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 555 (2007), the Complaint contains "sufficient factual matter, accepted as true, to 'state a claim to relief that is plausible on its face.'" *Ashcroft v. Iqbal*, 129 S.Ct. 1937, 1949 (2009)(*citing Twombly*, at 570). Accordingly the Report and Recommendation (Dkt. 24) should be adopted.

The Court does hereby find and **ORDER**:

1)    The Court **ADOPTS** the Report and Recommendation (Dkt. 24).

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

2) Defendants' Motion to Dismiss (Dkt. 15) is **GRANTED** to the extent that the Complaint alleges Plaintiff's due process rights were violated during the disciplinary hearing, and **DENIED** in all other respects.

3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendant and to the Hon. Karen L. Strombom.

**DATED** this 16th day of February, 2010.

*/s/ Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge