UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GEORGE-JASON A. HELM,<br><br>                    Plaintiff,<br><br>   v.<br><br>MICHAEL HUGHES, JANET GAINES, and SEAN MURPHY,<br><br>                    Defendants. | NO. C09-5381 RJB/KLS<br><br>ORDER GRANTING EXTENSION OF JOINT STATUS REPORT DEADLINE |

Before the court is Defendants' motion for an order extending the deadline to file the joint status report. ECF No. 34. The current deadline for the filing of the joint status report is October 29, 2010. ECF No. 26. Defendants' motion for summary judgment (ECF No. 30) is pending at this time. Although Defendants' motion for an extension was noted for November 12, 2010, the court finds the basis for the request to be reasonable.

Accordingly, it is **ORDERED:**

1) Defendants' motion (ECF No. 34) is **GRANTED**;

2) The parties are directed to confer and provide the court with a joint status report by no later than **January 28, 2011.**

3) The Clerk of the Court is directed to send copies of this Order to Plaintiff and counsel for Defendants.

DATED this   1st   day of November, 2010.

Karen L. Strombom
United States Magistrate Judge

ORDER - 1