UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GEORGE-JASON A. HELM,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL HUGHES, JANET GAINES, and SEAN MURPHY, TALLON HODGES,<br><br>　　　　　　Defendants. | No. C09-5381 RJB/KLS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

(1) The Court adopts the Report and Recommendation.

(2) Defendants' motion for summary judgment (ECF No. 30) is **GRANTED.**

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants and to the Hon. Karen L. Strombom.

**DATED** this 4th day of February, 2010.

_____
ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1