# United States District Court

WESTERN DISTRICT OF WASHINGTON

GEORGE-JASON A. HELM,,

                v.

MICHAEL HUGHES, JANET GAINES,
and SEAN MURPHY,

JUDGMENT IN A CIVIL CASE

No. C09-5381 RJB/KLS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) The Court adopts the Report and Recommendation; and

(2) Defendants' motion for summary judgment (ECF No. 30) is **GRANTED.**


| February 7, 2011 | WILLIAM M. McCOOL |
|---|---|
| Date | Clerk |

*s/ Mary Trent*
Deputy Clerk